# EXHIBIT A

## (STATE COURT DOCUMENTS)



**CT Corporation**
**Service of Process Notification**
08/25/2022
CT Log Number 542190962

## Service of Process Transmittal Summary

**TO:**    Josiah Rocha
SECURITAS SECURITY SERVICES USA, INC.
4330 Park Terrace Dr
Westlake Village, CA 91361-4630

**RE:**    **Process Served in South Carolina**

**FOR:**    PARAGON SYSTEMS, INC.  (Domestic State: AL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Lawrence Ashford // To: PARAGON SYSTEMS, INC. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | RICHLAND COUNTY - COURT OF COMMON PLEAS, SC<br>Case # 2022CP4004310 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 09/21/2021 |
| **PROCESS SERVED ON:** | National Registered Agents, Inc., Columbia, SC |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 08/25/2022 postmarked on 08/24/2022 |
| **JURISDICTION SERVED:** | South Carolina |
| **APPEARANCE OR ANSWER DUE:** | Within 35 days after service, exclusive the day of service |
| **ATTORNEY(S)/SENDER(S):** | Samantha E. Albrecht<br>BURNETTE SHUTT & McDANIEL, PA<br>912 Lady Street, Second Floor<br>Post Office Box 1929<br>Columbia, SC 29202<br>803-904-7933 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/25/2022, Expected Purge Date: 09/24/2022<br><br>Image SOP<br><br>Email Notification,  Josiah Rocha  JOSIAH.ROCHA@SECURITASINC.COM<br><br>Email Notification,  Laura Polte  Laura.Polte@securitasinc.com<br><br>Email Notification,  Tori DiBlasi  tori.diblasi@securitasinc.com |
| **REGISTERED AGENT CONTACT:** | National Registered Agents, Inc.<br>2 Office Park Court<br>Suite 103<br>Columbia, SC 29223<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

 Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/25/2022
CT Log Number 542190962

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CERTIFIED MAIL

stamps.
.com™

* 1-UP Laser Forms *
*NUSA CM* - 134.0122*

## CERTIFIED MAIL

$9.89
US POSTAGE
FIRST-CLASS
FROM 29201
08/24/2022
stamps
endicia

62S0010091884

9414 7118 9956 1222 1553 34

Paragon Systems, Inc.
c/o: National Registered Agents, Inc
2 Office Park Ct Ste 103
Columbia SC 29223-5948





**BURNETTE SHUTT MCDANIEL**

Moving law forward.

BURNETTE SHUTT & MCDANIEL, PA
912 Lady Street | PO Box 1929 | Columbia, SC 29202
O: 803.850.0912   F: 803.904.7910
burnetteshutt.law

**Samantha Albrecht – Special Counsel**
P: 803.904.7933
F: 803.904.7910
salbrecht@burnetteshutt.law

August 24, 2022

**VIA CERTIFIED US MAIL**
**RETURN RECEIPT REQUESTED**
**TRACKING NO.: 9490 9119 9956 1222 1553 76**
Paragon Systems, Inc.
c/o: National Registered Agents, Inc.
2 Office Park Court, Suite 103
Columbia, South Carolina 29223

> RE:    **Lawrence Ashford v. Paragon Systems, Inc.**
> **C/A No.: 2022-CP-40-04310**
> **BSM File No.: 22253.001**

Dear Registered Agent:

Enclosed please find, for service upon you as Registered Agent for Service of Process for Defendant Paragon Systems, Inc., the Summons and Complaint for the matter referenced above, currently pending before the Richland County Court of Common Pleas. Should you have any questions or concerns, please do not hesitate to let me know.

Govern yourself accordingly,

Sincerely,

Samantha E. Albrecht

SEA/jrw
Enclosures
cc:    Lawrence Ashford (w/ encls.) (via email only)

STATE OF SOUTH CAROLINA

COUNTY OF RICHLAND

Lawrence Ashford,

Plaintiff,

v.

Paragon Systems, Inc.,

Defendant.

IN THE COURT OF COMMON PLEAS

FOR THE FIFTH JUDICIAL CIRCUIT

C/A No.: 2022-CP-40-

**SUMMONS**

**TO THE DEFENDANT ABOVE NAMED:**

YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which is served upon you, and to serve a copy of your answer to this Complaint upon the subscriber at the address shown below within thirty (30) days (thirty-five (35) days if served by United States Mail) after service hereof, exclusive of the date of such service, and if you fail to answer the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

s/ Samantha E. Albrecht
Samantha E. Albrecht (SC Bar No.102642)
BURNETTE SHUTT & McDANIEL, PA
912 Lady Street, Second Floor (29201)
Post Office Box 1929
Columbia, South Carolina 29202
Telephone: (803) 904-7933
Fax: (803) 904-7910
salbrecht@burnetteshutt.law

**ATTORNEY FOR PLAINTIFF**

Columbia, South Carolina

August 22, 2022

1

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

STATE OF SOUTH CAROLINA

COUNTY OF RICHLAND

Lawrence Ashford,

Plaintiff,

v.

Paragon Systems, Inc.,

Defendant.

IN THE COURT OF COMMON PLEAS

FOR THE FIFTH JUDICIAL CIRCUIT

C/A No.: 2022-CP-40-

**COMPLAINT**
(Jury Trial Demanded)

Plaintiff complaining of Defendant respectfully alleges as follows:

## PARTIES & JURISDICTION

1.     Plaintiff, Lawrence Ashford, is a resident and citizen of Richland County, South Carolina. Plaintiff was previously employed by Defendant, Paragon Systems, Inc.

2.     Defendant Paragon Systems, Inc. is a national company that contracts with government agencies to provide protective services, cyber security, investigations, inspections, mission support, energy, and risk management. During all times relevant to this Complaint, Defendant was contracted to provide its services within Richland County, South Carolina.

3.     This action arises under Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1991, with amendments thereto, and case law of the State of South Carolina.

4.     Plaintiff appropriately filed charges with the Equal Employment Opportunity Commission, the South Carolina Human Affairs Commission, and has received his Notice of Right to Sue. This action is timely.

5.     The Parties have sufficient connections to Richland County, South Carolina, and jurisdiction is proper.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

6.      Venue is appropriate in Richland County, as the acts and omissions giving rise to this lawsuit occurred in the County of Richland.

7.      Plaintiff demands a jury trial on all claims.

## FACTUAL ALLEGATIONS

8.      Defendant is a black male.

9.      Plaintiff worked as a law enforcement officer for over twenty-eight years before retiring from state employment.

10.     After retiring from state employment, Plaintiff began working in the private sector as security for the South Carolina Federal Court House beginning in 2008 as a Court security officer. The private companies who contracted to oversee security at the Federal Court House changed over the years, and Plaintiff's employer changed based on the contracts, but his title stayed "court security officer" and job duties remained the same with each of the companies.

11.     Plaintiff was hired by Defendant in approximately 2017 as a court security officer. Upon starting his employment with Defendant, Plaintiff was provided with a copy of Defendant's Security Officer Handbook (**Exhibit A**).

12.     Defendant's Security Officer Handbook contains a number of mandatory policies, including, but not limited to:

      a. EEO Complaints: Paragon Systems **will not** tolerate acts of retaliation against an employee for making a good faith report or complaint related to this position. (**Ex. A**, p. 11) (emphasis added).

      b. Handling Complaints: All complaints or reports of discrimination, retaliation, or harassment **will** be promptly and thoroughly investigated, and the

3

Company will take appropriate action... based on the results of the investigation. (**Ex. A**, p. 16) (emphasis added).

c. <u>Other Employer-Initiated Separations:</u> When an employee fails to meet Paragon's and/or client's expectations, Paragon may end the employment relationship. (**Ex. A**, p. 51).

d. <u>Progressive Disciplinary Policy:</u> Supervisors must obtain approval of disciplinary measures more severe than written reprimand from their supervisor or other appropriate management official, except in those cases where employees commit egregious acts, such as acts of violence, drug abuse and insubordination. (**Ex. A**, p. 52).

e. <u>Progressive Disciplinary Policy:</u> Employees may be terminated, with approval of Senior Management, based on the outcome of an investigation. (**Ex. A**, p. 53).

13.    Plaintiff performed his job in a competent, if not more than competent manner, throughout his employment with Paragon Systems.

14.    Amanda Lyons (white) began working with Plaintiff as the Judicial Security Inspector for the U.S. Marshall service in December 2018.

15.    Beginning in 2019, Lyons began targeting Plaintiff.

16.    In October of 2019, Plaintiff received a write-up based on failing an intrusion test and being disrespectful to Lyons. When Plaintiff opposed the write-up, it was investigated. The investigation resulted in the determination that Plaintiff had *not* been disrespectful.

4

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

17.     Prior to this October 2019 write-up, Plaintiff had never received any disciplinary action from his employer.

18.     Lyons continued to nitpick Plaintiff's work and was constantly looking for ways to reprimand him. Lyons constantly looked for ways to discipline Plaintiff for pretextual reasons.

19.     On November 26, 2019, Lyons told Plaintiff's supervisors with Defendant that she wanted Plaintiff written up for allegedly mocking a disabled person. Plaintiff was called into a meeting with the Lead CSO Patterson and District Supervisor Bishop, but after reviewing the tapes and other evidence, the allegation was determined to be unsubstantiated.

20.     Later the same day, Plaintiff's Paragon supervisors called Plaintiff into a second meeting and advised Plaintiff that Lyons accused him of being off his roving post for 45 minutes. This allegation was false, but Plaintiff received a suspension, nonetheless.

21.     On January 17, 2020, Plaintiff submitted a complaint against Lyons for discriminating against him based on race. This complaint was through the US Department of Justice.

22.     Defendant was aware of Plaintiff's complaint that Lyons was discriminating against him based on his race.

23.     Plaintiff's complaint was investigated until April 23, 2020.

24.     On September 3, 2021, Plaintiff came into work and saw Rodney Duckett, the Assistant Chief. Duckett was being friendly and confronted Plaintiff about why he wasn't being as friendly back. Plaintiff explained that Duckett was aware of everything he was experiencing in the workplace, and Plaintiff did not feel he had done anything about

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

it to support him. Plaintiff and Duckett got into a small argument. After which, Plaintiff went to his post and begin working as any other normal day.

25.    Bishop called Plaintiff a few hours later and told him to pack up his stuff and leave the site.

26.    On September 21, 2021, Plaintiff received a letter in the mail terminating his employment for refusing to cooperate in their investigation. This is a false allegation.

## FOR A FIRST CAUSE OF ACTION
Title VII Retaliation

27.    Plaintiff realleges the foregoing where consistent.

28.    Plaintiff engaged in protected activity by complaining to the US Department of Justice about the racial discrimination in the workplace.

29.    Plaintiff was terminated because he engaged in such protected activity in violation of Title VII of the Civil Rights Act.

30.    The Defendant is liable to Plaintiff for its willful and wrongful retaliation against the Plaintiff for protected actions he took against unfair, egregious and justifiably perceived racial discrimination.

31.    As a direct and proximate result of the Defendant's actions, Plaintiff has suffered and Defendant is liable to Plaintiff for back pay, front pay, loss of benefits, prospective benefits, pain and suffering, emotional distress, and reputational harm; as well as the reasonable attorney's fees and costs associated with this action. Plaintiff also seeks pre-judgment interest on all damages sought.

## FOR A SECOND CAUSE OF ACTION
Breach of Contract

32.    Plaintiff realleges the foregoing where consistent.

6

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

33.    Plaintiff was employed pursuant to an employee handbook.

34.    That employee handbook did not have a conspicuous disclaimer as required by S.C. Code Ann. § 41-1-110 which is required for a handbook to be considered non-contractual as a matter of law.

35.    Specifically, Defendant's handbook does contain a disclaimer, however, the language of that disclaimer is not in underlined and is not conspicuous.

36.    Plaintiff viewed his handbook as contractual in nature and he conformed to its requirements just as he reasonably expected Defendant to do the same.

37.    That handbook contained mandatory contractual language that was breached with respect to Plaintiff's termination.

38.    The following breaches of Defendant's handbook have occurred for which Defendant is liable.

        a.    Plaintiff was terminated in retaliation for complaints of discrimination in violation of Defendant's policies found of pages 11 and 16.

        b.    Plaintiff's complaints of discrimination were not investigated pursuant to Defendant's policies found of pages 16.

        c.    Upon information and belied, Defendant did not perform a proper investigation and received approval from proper management prior to the termination of Plaintiff's employment, which is a violation of Defendant's policies found of pages 52 and 53.

        d.    Plaintiff did not fail to meet employer expectations and was terminated in violation of Defendant's progressive disciplinary policy found of pages 51, 52, and 53.

7

39.    Plaintiff is entitled to recover damages from the Defendant for the breach of contract alleged and for the actual and consequential losses he suffered.

### PRAYER FOR RELIEF

WHEREFORE, for the actions alleged above, Plaintiff prays for judgment to be awarded against the Defendant for all recoverable damages he has suffered as a result of the as alleged herein in an appropriate amount to be determined by a jury; as well as any restitution or equitable action this Court should deem proper. Plaintiff is further entitled to Attorney's Fees and Costs in accord with State Law. Plaintiff also requests injunctive relief to be deemed just and proper including reinstatement. Plaintiff also requests punitive damages and liquidated damages to the event such damages can be legally recovered against the Defendant. Last, Plaintiff requests pre and post-judgment interest be awarded on all of his damages.

**BURNETTE SHUTT & McDANIEL, PA**

 s/ Samantha E. Albrecht
Samantha E. Albrecht (SC Bar No.102642)
BURNETTE SHUTT & McDANIEL, PA
912 Lady Street, Second Floor (29201)
Post Office Box 1929
Columbia, South Carolina 29202
Telephone: (803) 904-7933
Fax: (803) 904-7910
salbrecht@burnetteshutt.law

**ATTORNEY FOR PLAINTIFF**

Columbia, South Carolina

August 22, 2022

8

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

# Exhibit A

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310



# SECURITY OFFICER

# HANDBOOK

Paragon Systems, Inc

13655 Dulles Technology Drive, Suite 100

Herndon, VA 20171

L. ASHFORD

## PROPRIETARY INFORMATION

This handbook and its contents are the property of Paragon Systems, Inc. and must be returned upon termination of employment. The material contained herein represents proprietary information that is not to be made available to persons outside the Company.

## EMPLOYMENT-AT-WILL STATEMENT POLICY DISCLAIMER

The employment relationship that exists between you and Paragon Systems, Inc. (the Company or Paragon) is employment-at-will. You are free to end your employment with Paragon at any time, for any reason, with or without prior notice. Likewise, Paragon may, at any time, end your employment, with or without cause or prior notice. These policies, procedures and guidelines, and any other written or verbal communication by a supervisor or manager do not constitute a contract or promise of employment of any kind by the Company. No person in the Company can alter the employment-at-will relationship except the CEO or President of the Company, who can do so solely in a written agreement with the Employee. Paragon reserves the right to terminate employment, or to alter the terms of your employment, including changing your wages, assignments or shifts, as business necessitates, and may alter any other terms or conditions of employment, with or without cause, with or without notice, with the exception of its policy of at- will employment. To have the necessary flexibility in the administration of policies, practices and procedures, we reserve the right to delete, add to or otherwise modify policies, practices or procedures.

**PARAGON HAS RECOGNIZED SPECIFIC UNION ORGANIZATIONS AS THE SOLE AND EXCLUSIVE BARGAINING REPRESENTATIVE FOR CERTAIN GROUPS OF EMPLOYEES. COLLECTIVE BARGAINING AGREEMENTS (CBA) OR WAGE DETERMINATION AGREEMENTS EXIST WHICH MAY, IN SOME RESPECTS, CONFLICT WITH THIS HANDBOOK. THE CBA OR WAGE DETERMINATION AGREEMENTS SHALL BE THE CONTROLLING DOCUMENT WHEN CONFLICTING LANGUAGE OR PROCEDURES ARE IDENTIFIED. COMPANY POLICY HAS ALWAYS BEEN THAT NONREPRESENTED EMPLOYEES ARE AFFORDED THE SAME BENEFITS AS THOSE EMPLOYEES WORKING AT A REPRESENTED SITE UNDER THE SAME SERVICE AGREEMENT. IN THE EVENT THAT ANY OF THE PROVISIONS OF THIS HANDBOOK ARE, OR BECOME, INVALID OR UNENFORCEABLE, BY REASON OF THE COLLECTIVE BARGAINING AGREEMENTS, FEDERAL OR STATE LAW, REGULATION OR COURT DECISION, THE REMAINING UNAFFECTED PROVISIONS SHALL REMAIN IN FULL FORCE AND EFFECT.**

All references to "Paragon" used in this book mean "Paragon, Systems, Inc."

The contents of this book are applicable to all security officers and field security personnel. Some sections pertaining to wage/hour issues may not be applicable for exempt employees.

# FOREWORD

Welcome to Paragon Systems! We are sincerely excited that you are joining our team. Paragon is a special company. We are committed to integrity and unparalleled customer service in all aspects of our business. You were hired because we believe that you will make a meaningful contribution to the achievement of our goals; to our success; and that you share our commitment and mission to be the preferred security services provider to the United States Government. As a part of our team, we hope that you will discover that the pursuit of professional excellence and an uncompromising demand for integrity and achievement of mission will result in a rewarding and long-term career. It is our expectation that you will share in the ownership of our reputation and pride of our organization's dedication to service excellence.

At Paragon, we believe that each member of our team is essential to the organization's success. We seek to create an atmosphere within the company that will allow all employees to feel a sense of accomplishment and contribution. At no time will we knowingly permit discrimination toward any employee because of age, sex, race, color, religion, military service, national origin, disability, or sexual orientation, or for any other unlawful reason. We pledge that our management will be fair in all employment decisions and that we will continually strive to improve our organization and the standards of living for each employee. We believe that both the company and its employees should be good citizens. We encourage you to contribute to the many communities where we work throughout the nation and participate in civic initiatives. Paragon will support you in such endeavors. We welcome your thoughts about our organization, and we are committed to continuous evaluation and improvement of our standards.

The success of Paragon will be determined by our success in operating as a unified team. Through your contribution and the recognition of your efforts, we are confident that we will exceed our Mission and clients' expectations. I hope that you will share our enthusiasm about Paragon and its growth and progress. Again, on behalf of Paragon Systems and its senior management, we are pleased that you have decided to join our team and we look forward to working with you.

Welcome aboard!

3

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

**This Page Intentionally Left Blank**

# TABLE OF CONTENTS

Foreword ........................................................................................................................................ 3

Our Company ................................................................................................................................ 6

About Paragon Systems .............................................................................................................. 7

Productive Work Environment .................................................................................................. 10

Non-Discrimination on the Basis of Disabilities ...................................................................... 13

Harassment & Intimidation ....................................................................................................... 14

Drug-Free Workplace .................................................................................................................. 19

Preventing Workplace Violence ................................................................................................ 20

Professional Development .......................................................................................................... 21

Standards of Conduct ................................................................................................................. 22

Your Employment ....................................................................................................................... 39

Benefits ........................................................................................................................................ 45

Rules for Personal Conduct ....................................................................................................... 48

Discipline and Termination ........................................................................................................ 51

Progressive Discipline Policy ..................................................................................................... 52

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

This Page Intentionally Left Blank

# OUR COMPANY

## ABOUT PARAGON SYSTEMS

For over two decades, Paragon Systems has served the federal government as a leading provider of contract guard and logistics services. Today, Paragon employs over 5000 highly trained security specialists at more than 150 facilities throughout the United States. Our officers support vital homeland security programs and protect some of the nation's most sensitive infrastructure. Paragon's clients include the Department of Homeland Security, NASA, and the Department of the Treasury, the Federal Bureau of Investigation, the Drug Enforcement Administration, the Federal Emergency Management Administration, the Social Security Administration, and the National Park Service. Paragon has provided service to many of these clients for over a decade.

Paragon is headquartered 20 miles outside of Washington, D.C., in Herndon, Virginia. Correspondence to corporate headquarters should be directed to the following address:

Paragon Systems, Inc./Parasys, Inc.

13655 Dulles Technology Drive, Ste. 100

Herndon, VA  20171

You can reach the corporate office from 9:00 am to 6:00 pm eastern time at 703/263-7176. Our fax number is 703/263-9527. Our web site is www.parasys.com.

Paragon Systems is a diverse organization built upon teamwork and a collective commitment to quality, service, and integrity. Our employees bring to Paragon many different perspectives, experiences and educational backgrounds. Much like our nation, we believe that our diversity has made us stronger and more competitive.

We take great pride in the many awards that Paragon has won for excellence and dedication to service. We are a government approved vendor in all 50 states, and we are qualified to provide guard services and professional security services through the Federal Supply Schedule to all agencies of the federal government. Paragon is certified by the Virginia Department of Criminal Justice Services and dozens other state licensure boards. We hold facility clearances that permit us to perform classified work and provided cleared personnel.

Paragon's long history of accomplishment has been made possible by the commitment of Paragon's employees and their dedication to a common goal. If you have recently joined the company, we invite you to learn about the many exciting opportunities the organization has to offer. If you have been with the company for a while, we invite you to explore the opportunities for advancement that we can offer. Together, we believe the accomplishments are limitless.

7

# A BRIEF HISTORY

Paragon Systems was originally formed in 1986, in Huntsville, Alabama. The original charter of the company was dedicated to logistics support services and weapon systems engineering to agencies of the federal government. Paragon has played a key role in logistics operations for the United States Army as well as in its work with the Logistics Center of Excellence and other important projects in various locations, including Ft. Bliss, Texas; Ft. Sill, Oklahoma; and Ft. Rucker, Alabama. Among other commercial programs, Paragon has provided engineering and logistics support to Air Ship Industries of Cardington, England in the development and prototyping of dirigibles (airships) with engineering, contract management and negotiations, and performance measurement systems analyses.

# PARAGON'S SERVICE OFFERINGS

Paragon security officers, government buildings occupied by thousands of federal employees, research facilities that store chemical and biological agents, National Heritage sites, NARA, border crossings, highly sensitive site, Federal law enforcement sites, government computer centers and military installations. Among the comprehensive range of security support services that we offer, Paragon security specialists and officers perform armed and unarmed post/gate control, magnetometer screening, roving foot and vehicle patrols, management of central communications/security centers, CCTV and alarm monitoring, security escort, dignitary protection, security training, threat assessment, emergency preparedness evaluation, vehicle and visitor screening/badging, armory management, and first responder emergency services.

# ABOUT THIS MANUAL

This manual has been prepared to provide you general information about some of the work rules and policies under which we operate and assist you in the performance of your assigned duties. It contains information and suggestions to help you do a better job. The manual will provide you with general information in accepted techniques and will serve as a supplement to the established post orders. You will be expected to keep this manual available for ready reference. You should follow diligently the rules and regulations listed in this manual in order to provide the best service possible to our clients.

More extensive information is available from your supervisor, Program Management Team and the Paragon human resources staff should you have questions concerning specific sections of the manual. From time to time, you may receive updated information concerning changes in policy.

Paragon believes in promoting an atmosphere of open communication and cooperation among our personnel. This Manual reflects that philosophy. It supersedes in all respects any prior handbooks, policy manuals, benefits or practices of the company and has been prepared to provide you with general information about benefits and outline some of the policies and procedures under which we operate. The manual is by no means all-inclusive and is not intended to encompass all rules, practices, regulations and policies of the company. Its provisions should be considered as no more than general summaries and guidance of the policies and practices they address.

While we hope that our personnel actions will continue to be positive, from time to time Paragon may unilaterally, at its discretion, amend, modify or eliminate one or more of the benefits, work rules or policies described in this manual, or any other employment benefits, with or without prior notice.

This manual does not constitute a guarantee that your employment will continue for any specified time or end only under certain conditions. Nothing in this manual constitutes an express or implied contract of employment or warranty of any benefits. Employment with Paragon Systems is voluntary employment, at-will for no definite period of time. This means that you or Paragon may terminate the employment relationship at any time, with our without notice or cause. While we hope to have a long and mutually beneficial employment relationship, regardless of anything which may appear in this Manual or any other Paragon publication, policy, statement or practice, you have the right to terminate your employment with Paragon for any reason with or without cause or notice at any time, and Paragon reserves the right to do the same. No one has authority to bind Paragon to any agreement contrary to the foregoing except our CEO and/or President, in writing.

## OUR MISSION & ETHOS

Paragon Systems' mission is to protect and support the security of federal facilities, assets and personnel. We recognize our responsibility to maintain the highest standards of quality services through the employment, training and retention of security careerists who are committed to Paragon's Mission. We strive to provide an environment conducive to our officers' personal and professional growth and a mission critical dedication to the day-to-day conduct of our business.

At Paragon, we define ourselves by the partnerships that we have built with our clients. We recognize the trust that our clients place in us, and that the success of our business is dependent upon, and measured by, the success of our government clients' missions. We are committed to integrity, vigilance and compliance.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

# PRODUCTIVE WORK ENVIRONMENT

## *EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION*

### POLICY

It is Paragon Systems' policy to provide equal employment opportunity for all employees.  Paragon Systems does not unlawfully discriminate on the basis of race, color, religion, sex (including pregnancy, childbirth, or related medical conditions), national origin, sexual orientation, age, disability or status as a veteran. This policy applies to all areas of employment, including recruitment, hiring, training, promotion, benefits, transfer, and social and recreational programs. In addition, Paragon Systems will take affirmative action to ensure that minority groups, women, qualified individuals with disabilities, disabled veterans and veterans of the Vietnam era, along with other protected veterans are provided equal employment opportunities.

### AFFIRMATIVE ACTION

As federal government contractor and/or subcontractor, Paragon Systems is responsible for making good faith efforts to bring the percentages of females and minorities in our Company up to the levels of availability in the relevant labor markets.  We are committed to these goals.  The mandate for affirmative action can be found in:

Title VII of the Civil Rights Act of 1964 which prohibits employment discrimination on the basis of race, color, religion, sex, or national origin. Additional federal laws prohibit discrimination based on citizenship, disability, or age, and require equal pay for equal work regardless of sex.

Fair employment obligations specified in government contracts. A series of Executive Orders require government contractors to maintain written plans providing for affirmative action in the employment and advancement of minorities and females. Contractors are also obligated to have plans and make special provisions for Vietnam-era veterans, special disabled veterans and the disabled.

State laws regarding fair employment opportunities.

### EEO COMPLAINTS

All Paragon Systems' employees are expected to fully comply with the company's policies of non-discrimination and equal employment opportunity.  Employees who observe violations of these policies or believe that they have been subjected to any form of illegal discrimination, harassment or intimidation by management, co-workers, vendors, or customers with whom the company has or expects to have a business relationship must immediately contact the company's Human Resources Department to provide information regarding the incident in accordance with the Company's

10

harassment complaint procedure set forth below. Managers and supervisors must promptly report complaints they receive regarding EEO matters to the company's Human Resources Department.

An employee who is found, after appropriate investigation, to have violated the company's policies of non-discrimination and equal employment opportunity shall be subject to disciplinary action, up to and including termination. In addition, Paragon Systems will not tolerate acts of retaliation against any employee for making a good faith report or complaint related to this policy, or for participating in any investigation by the company of a complaint that this policy has been violated. An employee who is found, after appropriate investigation, to have engaged in retaliation in violation of this policy shall be subject to disciplinary action, up to and including termination.

## EEO EDUCATION

In furtherance of its efforts to provide and prevent discrimination in the workplace and take affirmative action to ensure equal employment opportunity for all employees, it is Paragon Systems' policy to:

- Secure and post in prominent places readily observable by employees and applicants, all applicable EEO notices required by federal, state and local law.
- Utilize appropriate advertising media to foster a diverse workplace at all levels of the organization.
- Include the statement "an Equal Opportunity Employer" in all employment advertisements sponsored by the company.
- Conduct periodic training to brief and educate employees concerning the company's EEO policy.
- To encourage employees to actively seek out and refer qualified applicants in support of the company's EEO and affirmative action efforts.
- Secure and post in prominent places readily observable by employees and applicants, the company's EEO and affirmative action policies.

## IMPLEMENTATION AND ENFORCEMENT

The company's Human Resource Department shall be responsible for ensuring that the company's Equal Employment Opportunity policy is followed.  The Human Resources Department shall additionally:

- Submit reports as required to the federal government concerning corporate EEO and affirmative action efforts and performance.
- Conduct periodic audits of EEO complaints and actions at each of the company's facilities.
- Establish reporting and monitoring systems to ensure that Paragon Systems does not discriminate on any basis protected by law.
- Advise management in all EEO-related matters to ensure that Paragon Systems is in compliance with all applicable laws and regulations.
- Conduct or coordinate studies and investigations on EEO-related matters.
- Serve as the designated EEO Corporate Manager.
- Develop appropriate policies, procedures and programs to support Paragon Systems' Equal Employment Opportunity and Affirmative Action efforts.
- Review, manage and approve company Affirmative Action Plans.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

11

In addition to the Company's Human Resource Department, VP of Human Resources, Project Managers shall be designated as Regional EEO Managers for their contracts.

As part of their responsibilities, Project Managers shall:

- Assure that corporate EEO and Affirmative Action policies are properly implemented and administered. Know and comply with all applicable federal, state, and local fair employment laws and regulations.
- Make available Paragon Systems EEO policies to all supervisors, applicants and employees.
- Function as a point of contact for employees to express their concerns regarding EEO and Affirmative Action issues.
- Ensure that employees are not retaliated against for making a complaint alleging the violation of this policy or for participating in the company's investigation of such a complaint.
- Evaluate and compensate all supervisors on the basis of their Equal Employment Opportunity efforts and results, as well as other criteria.
- Assist in the development of actions to increase the utilization of minorities and females in underutilized areas.
- Identify problem areas and establishing goals and objectives.
- Actively support local minority organizations, women's organizations, community action groups, and community service programs.
- Review the qualifications of all employees to ensure that minorities and females are given full opportunities for transfers and promotions.
- Keep informed of new developments in Equal Employment Opportunity.
- Conduct periodic audits to ensure that all facilities and program are in compliance in areas such as: posters being properly displayed, Company facilities being desegregated, minority and female employees having full opportunity and encouragement to participate in all Company-sponsored activities.

## FORM INSTRUCTIONS

All employees who report a violation of these policies or believe that they have been subjected to any form of illegal discrimination, harassment or intimidation should report the matter immediately to his or her direct manager or to the Director Employee Relations, the Regional Human Resources Generalist, or VP of Human Resources. However, employees may contact any member of the Human Resources staff, as they may deem appropriate.

## NON-DISCRIMINATION ON THE BASIS OF DISABILITIES

In support of our nation's commitment to equal employment opportunity and in accordance with the provisions of the Americans with Disabilities Act (ADA) and other applicable federal and state laws, no program or activity administered by Paragon shall exclude from participation, deny benefits to or subject to discrimination any individual solely by reason of his or her disability. Equal employment opportunity will be extended to qualified disabled persons in all aspects of the employer-employee relationship, including recruitment, hiring, upgrading, training, promotion, transfer, assignment, discipline, layoff, recall and termination. We will enter into an interactive process and attempt to provide a reasonable accommodation to the known physical or mental limitations of an otherwise qualified disabled employee or applicant.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

# HARASSMENT & INTIMIDATION

## POLICY

Paragon Systems is committed to maintaining a work environment that is free from offensive behavior and unreasonable interference, intimidation, or hostility on the part of managers, co-workers, visitors, customers, vendors, and everyone present in an employee's work environment.

Unwelcome racial or sexual conduct that interferes with an individual's job performance or creates an intimidating, hostile or offensive environment is strictly prohibited. All employees, including both supervisory and non-supervisory personnel, are prohibited from engaging in unwelcome sexual conduct or making unwelcome sexual overtures, either oral or physical.

## DEFINITIONS

Prohibited harassment includes any hostile, intimidating, or offensive slurs, remarks, comments, stereotypes, gestures, jokes, or pranks about any person's race, color, religion, sex, national origin, age, or disability, sexual orientation, veteran status, disability or any other protected basis.

Company policy also strictly prohibits all forms of sexual harassment of employees, whether by supervisors, co-employees, customers, suppliers, or other persons. Conditioning employment, promotions, raises, or any other terms and conditions of employment on sexual activities or favors is forbidden. Specific examples of sexual harassment include:

- Verbal: sexual innuendos, suggestive comments, jokes of a sexual nature, graphic commentaries, sexual propositions or threats, harassing comments directed at an individual based on gender or a gender group.
- Non-verbal: display of sexually suggestive objects or pictures, obscene gestures, suggestive or insulting sounds, leering, whistling.
- Physical: unwanted physical contact, including touching, pinching, brushing, assault.

Sexual harassment may take different forms, including unwelcome sexual advances, requests for sexual favors, and physical, verbal, or visual conduct of a sexual nature. No employee, male or female, is permitted to sexually harass another employee by:

- Making submission to such conduct an explicit or implicit term or condition of employment.
- Making the submission to or rejection of such conduct the basis for employment decisions, including denial of pay increase, promotions, transfers, leave of absence, disciplinary action, or promising to withhold disciplinary action.
- Creating or allowing continuing an intimidating, hostile, or offensive work environment with such conduct that could have the purpose or effect of unreasonably interfering with an employee's work performance.

14

### IMPLEMENTATION & ENFORCEMENT

Paragon maintains a "zero tolerance" policy regarding harassment, including sexual harassment. Company policy prohibits all degrees of harassment, including conduct that may not be sufficiently severe, pervasive, or repetitive to constitute illegal harassment. "I was only joking or kidding," will not be tolerated as an excuse.

All employees are expected to comply with this policy and to take action to report any harassment or any act of retaliation against an employee who makes a harassment complaint.

This policy applies to Company supervisors and managers as well as employees. Each supervisor is responsible for maintaining a harassment and discrimination-free environment. Supervisors are strictly prohibited from implying or stating that submitting or refusing to submit to sexual advances will have any effect on the individual's hiring, placement, compensation, training, promotion, or any other term or condition of employment. No Company manager or supervisor has any authority or power over you to require you to submit to unwelcome sexual advances or unwelcome sexual conduct or tolerate a hostile work environment. If any manager or supervisor should ever make such an attempt, you should report it immediately as outlined below, and the Company will see that:

- The conduct stops,
- The manager or supervisor is dealt with appropriately, and
- There is no retaliation against you.

### REPORTING HARASSMENT

All employees are responsible for helping to prevent harassment in the workplace. Any employee who witnesses or feels that he or she has been subject to harassment (who in any way feels uncomfortable with the actions of Company supervisors or employees, or with third parties) should report the matter immediately to his or her direct manager or to the Director Employee Relations, the Regional Human Resources Generalist, or VP of Human Resources. However, employees may contact any member of the Human Resources staff, as they may deem appropriate.

Other employees not themselves directly affected by such conduct are encouraged to report any suspected violations of this policy to the Company as outlined above. Supervisors are required to report any allegations of discrimination, retaliation, or harassment to company management. Company policy strictly prohibits retaliation against any employee or supervisor who in good faith brings any allegation or concern about discrimination, retaliation, or harassment to the attention of the Company.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

## HANDLING COMPLAINTS

All complaints or reports of discrimination, retaliation, or harassment will be promptly and thoroughly investigated, and the Company will take appropriate action, including remedial and disciplinary action if necessary, based on the results of the investigation.  Complaints will be kept as confidential as possible, subject to the Company's need to investigate fully and take appropriate corrective action.  All employees are expected and encouraged to participate fully and freely in any such investigation, and there will be no retaliation against any employee for truthfully participating in such an investigation.

The Company intends that investigation of harassment complaints will be conducted in a discreet manner, consistent with the requirements to do a complete, thorough and comprehensive investigation of all aspects of the complaint and defenses there to.  Human Resources will investigate all complaints.  An investigation will normally include conferring with involved parties and any named or apparent witnesses.

The company will maintain confidential records of all investigations and their results.

Following investigation and completion of appropriate corrective measures, management shall advise the complaining party that an investigation has been conducted and that appropriate corrective action has been taken. Where the company finds that harassment or other unprofessional conduct has occurred, the company shall take disciplinary action designed to stop the harassment immediately and to prevent its recurrence.  Any of the following actions or other disciplinary actions may be taken:

- counseling with the offender(s)
- transfer
- demotion
- official notice, with a warning of discharge for continuing or recurring offenses
- termination of employment

## FORM INSTRUCTIONS

All employees who report a violation of these policies or believe that they have been subjected to any form of illegal discrimination, harassment or intimidation should report the matter immediately to his or her direct manager or to the Director Employee Relations, the Regional Human Resources Generalist, or VP of Human Resources. However, employees may contact any member of the Human Resources staff, as they may deem appropriate.

You have a responsibility to report the situation to a human resources representative, your immediate supervisor, your management team or the Paragon Hotline (1-800-574-8637), or www.Paragonhotline.com as soon as possible.

16

## RETALIATION

Paragon prohibits retaliation against any person who, in good faith, reports a complaint, testifies, assists, or participates in any investigation or proceeding conducted by Paragon or a government enforcement agency. Employees who engage in retaliatory behavior will be subject to disciplinary action, up to and including termination.

## CHAIN OF COMMAND

Effective communication is essential to providing service to our clients, maintaining productivity, sustaining morale and fostering cooperation among our team members.  Communication is an ongoing process, and the company invites suggestions on how to enhance communications.

Employees are encouraged to share their concerns, seek information, provide input, and resolve problems through their immediate supervisor.  It is the responsibility of each supervisor to take each employee's concern seriously and seek resolution of his or her complaints.

If an employee does not get resolution to their concerns through their immediate supervisor, they should escalate it up their local management chain up to the corporate office.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

### PARAGON HOTLINE

All employees have access to the Paragon Hotline confidential reporting system.  Paragon Hotline permits you to advise Paragon in a simple and confidential manner of any situation that may adversely impact Paragon, its clients or its employees.  The following are examples of situations which should prompt a timely report to Paragon Hotline:

- Theft or fraud;
- Use of drugs or alcohol on the job;
- Mismanagement of Company resources;
- Any form of harassment or discrimination;
- Violation of safety or security policies;
- Misappropriation of Company or client property/funds;
- Violation of any Company policy, practice or procedure;
- Wage and hour violation.

You may contact a Paragon Hotline Communications Specialist by dialing 1-800-574-8637 or go on-line to www.Paragonhotline.com to confidentially file your report, seven days per week, 24 hours a day. All calls and web reports will be promptly assigned to the designated Company contact for a response.  You may call or file a web report anonymously.

# DRUG-FREE WORKPLACE

As part of the goal of maintaining a safe work environment, the Company has established a strong commitment to maintain a drug-and-alcohol-free workforce.

The illegal manufacture, distribution, possession, use, or being under the influence of narcotics, drugs or alcohol is strictly prohibited by all employees while on duty, in uniform, or on Company and/or client premises. Any illegal substances found in the workplace will be confiscated and turned over to the appropriate law enforcement agency immediately.  The Company's program includes the following, in accordance with applicable state law:

- Post-Offer Drug Screen;
- Reasonable-Cause Drug Test;
- Post-Injury/Accident Drug and/or Alcohol Test;
- Random Drug testing (where required by contract and/or permitted by state law).

All employees are provided a copy of the Paragon Drug-Free Workplace booklet.  Any employee who violates the Drug Free Workplace policy will be subject to disciplinary action, up to and including termination.  If you do not have a copy, you may obtain one by contacting your management office.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

19

# PREVENTING WORKPLACE VIOLENCE

As part of the goal of maintaining a safe work environment, Paragon has a zero-tolerance policy regarding violence in the workplace. Acts or threats of violence, including intimidation, harassment and/or coercion will result in immediate employment termination. The prohibition against threats and acts of violence applies to all persons involved in Company operations including, but not limited to, Paragon personnel, contract workers, temporary employees, and anyone else on Company or client property.

Examples of workplace violence are:

- Threats or aggressive behavior;
- The intentional destruction or threat of destruction of property;
- Harassing or threatening phone calls or notes;
- Surveillance not required by job responsibilities;
- Stalking.

### REPORTING UNSAFE CONDITIONS AND SECURITY RISKS

If you become aware of any actual violence, pending violence or threat of violence, immediately contact local law enforcement by dialing 911. Immediately after contacting law enforcement authorities, report the incident to your direct supervisor or another member of Paragon management.

You should always know your written post orders. They will explain additional duties and responsibilities for handling emergency situations and should contain the names and telephone numbers of individuals to contact in various emergency situations. You may also call the Paragon Hotline (1-800-574-8637) if you are unable to reach supervisory or management personnel.

In the event of a natural disaster, you should be familiar with the client's emergency evacuation plans and any information included in your post orders relative to natural disasters. Your supervisor is responsible for ensuring that security officers understand and comply with all safety rules, regulations and procedures. If you have questions, seek clarification from your supervisor.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

## PROFESSIONAL DEVELOPMENT

# *TRAINING PROGRAMS*

Paragon is committed to the ongoing professional development and recognition of our security officers. We want to be the best, so we want you to be your best! Development is a core focus of our operations; well-trained professionals provide superior service and satisfied clients. At Paragon, we truly believe that our People Make the Difference.

Professional development can help you increase your expertise, give better client service and have more satisfaction on the job. Paragon practices, promotion from within Paragon, whenever possible. Training and development can help you prepare for advancement.

To help you excel on the job, Paragon has a full range of professional training, recognition and communication programs.

Paragon maintains libraries of training books and videos on virtually every security subject.

If you're interested in advanced training, you need to get approval from your Supervisor or Program Manager.

# STANDARDS OF CONDUCT

It is Paragon policy that actions taken by Paragon and by each employee should be lawful and satisfy high ethical and moral standards.

All employees should be alert to situations that could result in the violation of a Company policy. As security officers, we strive to conduct business according to our core values:

- Integrity
- Vigilance
- Compliance

## BUSINESS ETHICS

The success of any business depends in part on the honesty and integrity of its employees. Ethical conduct is good business. The trust and respect of fellow employees, customers, suppliers, competitors and the general public depend upon adherence to high ethical standards. It is Paragon policy that our business be conducted according to such standards.

If you are asked to go against an established policy or practice, whether by a supervisor, another employee or by a client, you have the right and personal responsibility to report the issue and clarify any ethical questions you may have. This includes addressing the matter with the appropriate supervisor, contract management, Human Resources or the 24-hour Paragon Hotline reporting system to obtain clarification and understand the issue in question.

## COMPLIANCE GUIDELINES

Paragon is committed to preventing and detecting criminal and/or unethical conduct within our organization. The goal is to comply with applicable laws and to promote and maintain our reputation for integrity and honesty. We ask all employees to be vigilant in supporting this goal by promptly reporting any offenses to Program Manager, Human Resources Department, or the Paragon Hotline.

## COMPETITION

Employees must never reveal trade secrets or proprietary business information such as client service rates, to any individual outside Paragon. Such information is limited to those with a business "need to know" within the Company, any attempts by outside Paragon personnel must be reported through your chain of command to the Human Resource Department.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

## POLITICAL ACTIVITY AND CONTRIBUTIONS

No contributions of Company funds, property or services for political purposes shall be made directly or indirectly by or on behalf of the Company, unless permitted by applicable law and approved by the President or CEO.   No employee will solicit political contributions while on Company or client premises. This policy statement relates only to contributions made by or on behalf of Paragon and is not intended to discourage employees from making contributions of their own resources or time to the candidates or political parties or issues of their choice.   Paragon will not reimburse employees directly or indirectly for contributions they make on their own or for contributions they make to the Company's political action committee.

## ATTENDANCE STANDARDS

All employees are expected to maintain satisfactory attendance and report to work on time every day.  Due to the critical nature of your job, and the need to correctly staff security posts at all times, you are required to report to work as scheduled.  You will be notified of your schedule and break periods, if applicable.  You are required to be at your post and ready to begin work at your scheduled start time.  If you do not report for duty or call to report an absence or late arrival, you will unfairly inconvenience a fellow employee, create scheduling problems or leave a client facility unprotected.  You are considered late if you are not at your work area at the starting time of your shift.

You are expected to personally call your supervisor and/or the scheduler as far in advance as possible, and not less than eight (8) hours in advance of the start of your shift when you know that you will be absent, late, or must leave work early, in order to allow for the necessary replacement. To avoid mistakes and misunderstandings, you should personally place the call.  If your supervisor is unavailable, notification should be made to the next level of authority within your contract office. Leaving a voice mail or text message is not considered acceptable notification.  Your contract office reserves the right to establish more stringent attendance and/or call off policies, in which case you will receive written notification.  Nothing in this section allows an employee to report or depart from work in a manner which contradicts management's directions.

If your absence is due to illness, the Company may request that you furnish a doctor's certification.

When requesting a day off, you will be required to follow the guidelines established by management. Failure to report to work or notify your supervisor of your absence within the proper timeframe ("No call, no show") is a serious violation of Company policy.  It is also a policy violation to leave post without proper relief or authorization from Company supervision.  This is considered "job abandonment".

Failure to show up or call may be considered grounds for termination.

## NO SOLICITATION POLICY

The purpose of Paragon 's no solicitation policy is to maintain an orderly workplace, to avoid intrusion upon employees and others, and to preserve employee safety and security for Paragon and its clients as to premises, funds, supplies, records, and confidential information. Accordingly, all employees are to observe the following rules and report violations to their supervisors.  This policy includes charity solicitors, salespersons, questionnaire surveyors, union organizers or any other solicitor or distributor.

- Paragon employees may not solicit for any purpose during work time.   Work time includes that time for which the employee is paid and expected to be performing work.   Work time includes both the soliciting and/or the solicited employee's work time.   Work time excludes meals or break periods.
- Paragon employees may not distribute or post literature during work time or in work areas.
- Except for legitimate Paragon purposes, and with prior authorization, individuals not employed by Paragon may not at any time solicit, survey, petition, or distribute literature on Paragon property.

### SAFETY

Prevention of accidents is a Company goal and requires your cooperation.  Please make it a part of your job to work safely and assist in the prevention of accidents to yourself, client employees and co- workers.  Familiarize yourself with all safety regulations and report any unsafe work condition or injury to yourself and/or any other individual by contacting your supervisor immediately and documenting it on an Incident Report.  Report any unsafe or unhealthy situations. Immediate action on your part could prevent an accident or injury to a co- worker, a client employee or yourself.

Supervisors are responsible for helping you understand and comply with Company and client safety rules, emergency plans, regulations and procedures.

### UNIFORMS AND APPEARANCE

In the security business, your appearance reflects your professionalism.

You will be issued either "wash-and-wear" or "dry clean- only" uniforms, at no cost to you. Wash-and-wear uniforms are designed and manufactured to be highly durable and require minimal maintenance. You are required to maintain your uniforms, shoes, belts, and any other uniform related items in a neat and clean condition, just as you maintain your normal clothes.

If you are issued a wash-and-wear uniform, the maintenance requirements are as follows: wash, dry in dryer, or drip dry, and hang up. Standard military-style company uniforms do not require dry cleaning, ironing or any special treatment. Maintain these uniforms in the same manner in which you would maintain your normal wash-and-wear clothes. If your uniform contains a manufacturer's safety instruction, such as "soft iron" or "cool iron," be aware that these are only safety warnings to avoid damage to the material, and not directives that you iron the garment. Paragon does not require employees to iron uniforms.

If you are issued a uniform that requires dry cleaning, the local contract office will make arrangements to either provide clean uniforms to you, or reimburse you for dry cleaning expenses. Contact your local contract office if you have any questions as to uniform dry cleaning expenses.

You are also required to maintain shoes, belts, and any other uniform-related items in a neat and clean condition. This means maintaining these items in a manner similar to your normal shoes, belts, etc. If you have any questions as to how to maintain your shoes, belts, or other uniform-related items, please contact your contract office for instructions.

If your uniforms require repair or alterations, or are worn out, please contact your contract office for instructions.  If you have any questions or concerns regarding uniform maintenance, please contact your contract office.

Acceptable personal appearance and personal hygiene is an ongoing requirement of employment. Radical departures from conventional personal grooming and hygiene standards are not permitted. You will be provided with the appropriate uniform, but it is your responsibility to make sure that the uniform is kept clean and neat. Contact your supervisor immediately if your uniform becomes damaged or unwearable.

You must comply with the following personal appearance standards.

- You must wear prescribed Company uniforms.
- Only conventional belt buckles may be worn; ornate buckles are not acceptable. Unauthorized pins, patches or devices may not be worn. Absolutely no political, religious or other organizational symbols of any kind may be worn while on duty or in the work area.
- Basic black duty belts and socks are required. All duty gear including cap visor, belt, holster and shoes are to be properly maintained.
- We recommend that you wear appropriate undergarments under your uniform. In those instances, where ties are not a part of your uniform issue and open-neck shirts are permitted, only white tee shirts may be worn.

Personal appearance standards continued:

- Your hairstyle must be neat and styled in a manner that is appropriate in the work environment.  Unconventional or extreme colors of hair and/or hairstyles are not acceptable.  Hair ornamentation that is considered unconventional in style or color is inappropriate while in uniform. For example, excessive or unconventional clips, beads or feathers in your hair would not be considered appropriate in the workplace.
- Fingernails are to be clean, neat and not extreme in length or color.
- Extreme looking facial hair such as mutton chops, handlebar mustaches, goatees and Vangoghs are not acceptable.  Beards, sideburns and/or mustaches may be worn if authorized by contract management and must be neatly trimmed.
- For female employees, one earring per ear may be worn.  Acceptable earrings are to be small hoop and "stud-like" in size and conservative in style and color.  Over-sized earrings are not permitted.
- For male employees, earrings may not be worn while working.  Excessive jewelry may not be worn unless previously authorized by your contract management.
- Visible body piercing accessories or visible tattoos are not permitted.
- Paragon shoulder patches or client-furnished patches are the only acceptable insignia while on duty or in the work area.
- When you wear an issued jacket, the breast badge must be on the outer garment and visible. Only jackets, coats or raincoats issued and approved by Paragon may be worn over your uniform during work hours.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

25

- Where required, Company-issued caps must be worn at all times except when you are inside a vehicle or facility, or when special safety head gear is required. Doo-rags are not permitted.
- You may not wear your uniform while you are off- duty except when you are traveling to and from your assigned post.
- When in uniform, you must not enter bars, lounges, taverns, casinos or other places where alcoholic beverages are served, unless you are assigned to such an establishment while on duty. You are not authorized to substitute personal items of clothing for Paragon uniform issued items.

If you do not meet the standards of this policy, you will be required to take corrective action, which may include leaving the premises. You will not be compensated for any work time missed because of failure to comply with this policy.

Reasonable accommodations will be made for those employees whose religious beliefs or medical conditions require deviations from this policy, consistent with client requirements and safe operation of the business.

Contract management has the authority to modify the appearance standards set forth in these guidelines, according to business and client requirements. Nothing in this section allows an employee to dress in a manner which contradicts contract management's directive.

## POST ORDERS

Each assigned contract will have certain requirements for maintaining security on their premises. These requirements will be explained in a document called "Post Orders". You must know the post orders applicable to your site and comply with them. If you have any questions or concerns, contact your supervisor.

If you encounter post orders that contain provisions that do not comply with standard Paragon policy, or applicable law, or if the post orders cause you any concern, report the matter to your supervisor, contract management, Human Resources, or the Paragon Hotline.

## COMPANY AND CLIENT EQUIPMENT

Paragon and client telephones are to be used for business purposes only. You must refrain from making personal calls from Company and client telephones except in the case of an emergency.

Telephones, cell phones, 2-way radios, voice mail, computers, electronic mail (e-mail) systems and Internet access are maintained by Paragon and/or the client in order to facilitate business. Therefore, all messages sent, received, composed and/or stored on these systems are the property of Paragon or the client, as the case may be. If your message does not relate to Company business, is not an emergency and/or is not one you would want shared with your supervisor, or local Paragon management, please do not send it on Company and/or client equipment. Transmitting or downloading of violent, pornographic or other inappropriate materials is strictly prohibited. All resources belonging to Paragon or the client are to be used for business purposes only.

Unless specifically authorized by contract management, all personal electronic devices including personal cell phones, recorders, pagers, digital cameras and personal laptop computers should be locked in employee automobiles or another area designated during the time an employee is on post or at work.

If approved by your supervisor, you may use a personal telephone at work, but personal use may only take place during an authorized break, and if such usage is allowed it must not interfere with the performance of your job.

Workers who damage Company or client equipment through intentional misconduct will be required to pay for damages, where permitted by state law.

All employees assigned a Company cell phone must comply with all state laws regarding "hands free" usage, and/or the usage of cell phones.

The Company reserves the right to monitor and inspect company and client equipment.

## USE OF COMPUTER SOFTWARE

Paragon holds ownership rights to computer software programs or licenses and the right to use such programs obtained from outside companies. Paragon and its employees have no authority to reproduce an unauthorized copy of copyrighted computer software application or its documentation unless otherwise stipulated by the copyright holder. Additionally, you may not reproduce any software owned by Paragon.

All employees are to use software products in accordance with the license agreement for all local area networks (LANS) and multiple-computer networks.

If you are aware of the unauthorized use of Paragon computer software applications or related documentation within Paragon you must immediately notify your local branch office. Paragon employees, who reproduce, acquire or use unauthorized copies of computer software products may be subject to disciplinary action up to and including termination.

## ACCEPTABLE USAGE AND ELECTRONIC COMMUNICATIONS POLICY

All Paragon employees are required to adhere to the following guidelines with regard to electronic communications. This policy also applies to consultants and contractors who have agreed to and acknowledged this policy, and covers all Company and client electronic data and communication equipment, including but not limited to:

| | |
|---|---|
| Electronic Email | VPN Connections |
| Instant Messaging | Network |
| Telephones | Dial-Up Connections |
| Facsimile machines | Flash drives/memory sticks |
| Internet publishing | External hard drives |
| Wireless connections | Cameras |
| Cell Phones | Personal Digital Assistants |

27

| | |
|---|---|
| Pagers | (PDAs) |
| Copiers | Tape Recorders |
| Voicemail Systems | Text Messages |
| Computers | |

## APPROPRIATE USAGE

- Legitimate Company business use
- Consistent with all Company policies
- Appropriate business etiquette
- Proper identification

## PROHIBITED USAGE

- Personal use or use for personal gain
- Spam, chain letter or mass emails
- Illegal communication
- Political activities
- Rude, obscene or inappropriate communication
- Misrepresenting or concealing one's identity
- Discriminatory or harassing communication or any communication inconsistent with Company policies or Company business interests
- Communication directly or indirectly intended to diminish the business interests of Paragon
- Communications directly or indirectly intended to induce any employee to leave the employment of Paragon
- Communications to unauthorized persons regarding Paragon trade secrets and/or proprietary, confidential business information

## ELECTRONIC HACKING

Appropriate Business Etiquette and Proper Identification:  Paragon and its clients provide Security Employees communications systems necessary to perform the assigned duties required by the Company or client. All Company policies must be adhered to and appropriate business etiquette must be followed. Senders of an electronic or telephonic message should always accurately identify themselves by name and title.

Personal Use Prohibited:  Company or client electronic devices to include telephones, computers, and facsimile machines must not be used for personal use. Exceptions may be permitted for personal emergencies, with your supervisor's or management's authorization.

Monitoring: Employees may work at sites where telephone monitoring and/or recording occurs: You may be subject to the monitoring of your use of Company and client electronic devices to include telephones, computers, and facsimile machines.

Recording: You may not record a communication with a co-worker, or manager, unless such person specifically consents to such recording, pursuant to applicable law. Tape recording disciplinary sessions and/or investigations are not permitted.

Strictly Prohibited Uses: Employees are strictly prohibited from using Company or client electronic equipment to knowingly transmit, retrieve, or store any material that is

- Harassing or threatening
- Discriminatory, derogatory or defamatory to any individual or group
- Obscene and/or pornographic
- Illegal or contrary to Company policy or business interests
- Makes unauthorized representations on behalf of the Company

Spam Emails: Employees may not send spam via Company or client messaging systems. Spam includes, but is not limited to the following:

- Advertisements
- Humor
- Chain mails
- Personal gain schemes
- Political or religious purposes

Removal of Equipment From Company or Client Premises: Company or client communications or equipment may not be removed from Company or client premises without written authorization from your Supervisor or Program Manager.

Breaching Employee Confidentiality: Employees must respect the privacy and confidentiality of other employees' electronic communication, and data. Employees are prohibited from engaging in, or attempting to engage in the following:

- Monitoring or intercepting files or electronic communications of other employees, client employees, or third parties;
- "Hacking" or obtaining access to systems or accounts to which they are not authorized;
- Searching and viewing data not related to one's own job responsibilities;
- Using log-ins or passwords of others;
- Breaching, testing, or monitoring computer, network, or telephone systems without management authority;
- Browsing or looking at another user's communications and data unless this is part of their job function, or they directly manage that employee.

Cameras: Employees must not take pictures while on duty unless required by Post Orders or when directed by your Supervisor or Manager. This applies to cell phone cameras and/or any other photographic or video devices.

Harmful Business Communications: Communication directly or indirectly designed or intended to induce any Paragon client to discontinue using Paragon's services, to diminish the level of services being provided by Paragon or to employ the services of a provider other than Paragon is strictly prohibited.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

29

HARMFUL EMPLOYMENT COMMUNICATIONS:

Communication directly or indirectly designed or intended to induce any Paragon employee to leave the employment of Paragon is strictly prohibited.

Proprietary Leaks: Communication to unauthorized persons regarding Company or client trade secrets and/or proprietary and/or confidential business information is strictly prohibited. All data and messages transmitted and/or stored on Company and client systems are considered to be the property of the Company or client. All internal Company and client information should be assumed to be proprietary, unless otherwise designated by management.

Monitoring and Review: The Company and client reserve the right to review and monitor all information stored, transmitted, received, or contained in any electronic format on their equipment and systems. Anyone accessing these systems expressly consents to such monitoring and is advised that if monitoring reveals possible evidence of criminal activity, Paragon may provide the evidence of such activity to law enforcement officials, pursuant to applicable law.

Employees who abuse the privilege of Company- facilitated access to electronic media or services are subject to corrective action including:

- Suspension or termination of privileges to any or all systems
- Suspension or termination of employment

SOCIAL NETWORKING

Employees must exercise caution, and have no expectation of privacy, when using and posting content on the internet. Postings and blogs can generally be reviewed by anyone, including co-workers, supervisors, Paragon management, and clients.  Paragon reserves the right to view or access comments or discussions that are publicly posted online about the Company, its employees, clients and the industry.

Employees are prohibited from conducting personal blogging or social networking activities while working, as well as prohibited from using any employer or client- owned equipment, including computers, cell phones or other electronic equipment for such activities.

Internet postings that are disrespectful to the company, its employees, clients, partners and affiliates are strictly prohibited. Employees are responsible for their online commentary on blogs and social networking sites, and content that indicates violation of Company policy may lead to disciplinary action, up to and including termination. Some examples are, but are not limited to, the following:

- Commentary that is considered threatening or menacing;
- Company or client privileged information, including propriety and copyrighted information, trademarks, trade-secrets, logos, company or client issued documents, security related procedures and systems, and other information deemed confidential;
- Unauthorized photographs of other employees, clients, or vendors, or of client property and facilities;
- Depiction of illegal or unethical conducts, or other conduct that is not in keeping with the Company's core values and business interest.

30

Any employee who engages in such conduct or otherwise violates this policy may be subject to personal liability, as well as discipline and possible termination by the Company.

Additionally, if you choose to identify yourself as a Paragon employee, you must state that your views expressed in your blog or social networking site are of your own and not those of the company.

Note: Nothing in this policy is intended or should be construed to infringe upon an individual's legal rights.

## EMPLOYEE ARRESTS AND CONVICTIONS

If you are arrested, charged with or convicted of any crime during the course of your employment, you are required to notify Paragon management within twelve (12) hours, regardless of whether or not you are incarcerated. In many areas, criminal convictions have an impact on your ability to carry a security officer's license and may be grounds for termination. Your employment will be terminated at any time such license is revoked. Upon notification to Paragon of an arrest, and depending upon the circumstances, you may be placed on an unpaid leave for the duration of the legal proceedings. This policy shall be applied as permitted under applicable law.

## CONFIDENTIAL INFORMATION

Paragons and the client's trade secrets; confidential and proprietary information; and other internal information represent valuable assets. Protection of this information is vital to the Company's efforts to remain a viable business competitor. A trade secret is treated as property, usually in the form of information, knowledge or "know-how." Be alert for evidence that proprietary or trade secret information is being mishandled. This information should always be secured. Your continuing obligations with respect to the proprietary and trade secret information of Paragon and the client are as follows:

- This information may not be disclosed to people outside of Paragon and the client;
- This information is not to be used for one's own benefit or for the benefit of people other than Paragon and the client; and
- This information may only be disclosed to other Paragon and client employees on a "need-to-know" basis.

Special safeguards should be observed for Company information classified as "Paragon Private" or "Paragon Proprietary." These classifications impose "need-to-know" restrictions. Trade secrets and proprietary information includes, but is not limited to, business and strategic plans, divisional and regional revenues, hours of service, costs and profits, unpublished financial/pricing information, employee rosters, customer lists, vendor lists, detailed information regarding customer requirements, preferences, business habits and plans, computer log- on codes and passwords. You should contact your supervisor if you have a question regarding trade secrets or proprietary information.

31

Employees who leave Paragon have an obligation to not disclose Company trade secrets and proprietary information, unless the information becomes publicly available, or Paragon no longer considers it a trade secret. Correspondence, printed matter, documents of any kind, procedures and special Paragon methodologies, whether classified or not, are all the property of Paragon. Any employee who violates these policies will be subject to discipline, up to and including termination of employment.

## CONFLICT OF INTEREST

While working, employees are required to devote full effort, energy and loyalty to Paragon. Paragon strictly prohibits any outside employment or other activities or relationships that create an actual, perceived or potential conflict of interest, discord, disruptions or distractions that interfere with workplace productivity, or may be in competition with Paragon. You must advise and consult with management regarding this policy before becoming involved in outside employment, activities or relationships that could violate the policy.

## EMPLOYMENT OF RELATIVES AND WORKPLACE RELATIONSHIPS

Employees' relatives will not be eligible for employment with Paragon where supervision, safety, security, morale, or other potential conflicts of interest may exist. Relatives include an employee's spouse, parent, child, sibling, aunt, uncle, in-law, foster parents, step relationship and cohabiting employees, dating couples, fiancés or life partners.

Romantic or sexual relationships that create conflicts of interest, potential charges of sexual harassment, discord or distractions that interfere with workplace productivity are prohibited.

All questions and issues relating to employment of relatives and/or consensual relationships must be addressed with your Program Manager. An employee in a close personal or familial relationship with a co-worker or client employee must inform Paragon management immediately.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

## OUTSIDE EMPLOYMENT

Employees must carefully review all outside employment arrangements with respect to conflicts of interest.

Outside employment will be permitted if:

- The outside employment does not interfere with your ability to successfully perform your Paragon job duties;
- The outside employment will not reflect unfavorably on Paragon;
- The outside employment is not conducted or solicited in any manner while you are on duty;
- The outside employment is not conducted or solicited from Company facilities or while using Company-owned equipment or supplies.

Paragon requires that employees advise management prior to accepting outside business activity or employment.

## RELEASE OF COMPANY INFORMATION/PRESS INQUIRIES

You are not authorized to issue any statement, written or oral, to any news media representative or grant any public interview pertaining to Paragon's operations or financial matters. If you are contacted by a news media representative, please indicate that you have "no comment" and refer them to contract management. Contract personnel will forward all requests for information to the Paragon Business Development Department for an appropriate response.

## EMPLOYMENT VERIFICATION

All requests for verification of current or prior employment may be submitted to The Work Number®. Whenever you need to have your employment or salary data verified, such as for mortgage applications, reference checks, loan applications, or apartment leases — anything you need that requires proof of employment, you are to contact The Work Number® by calling 1-800-996-7566 or through the Internet at www.theworknumber.com. All requests received by branch offices or management for verification of current or previous employment will be referred to The Work Number®.

## SMOKING

Smoking and chewing tobacco are prohibited in all locations on Company and client property except those specifically designated as smoking areas. Specific assigned contract sites may prohibit smoking on their premises. Officers are not permitted to smoke while on post

## POSSESSION OF FIREARMS AND WEAPONS

Safety is a top priority at Paragon. You may not possess unauthorized firearms, dangerous devices or weapons at work. This includes carrying a personal weapon or dangerous device on post, on client property, or in your personal vehicle parked at a job site or on Company property. Compliance with this policy is a condition of employment. The use, possession, sale, purchase or transportation to/from a job location of dangerous devices such as explosives, gun powder, or tear gas, or personal weapons, including firearms, by any security officer during his or her work hours or on Company business, is strictly prohibited.

For those security officers who carry firearms as required by the client contract may only carry Company-issued weapons and ammunition, as directed by individual client contract. In all weapons transportation situations, firearms are to remain unloaded and stored in the trunk, or other locked compartment of a vehicle while being transported to or from any assigned contract site, and/or as required under applicable law. Company-issued firearms will not be altered in any way.

## LIMITS OF AUTHORITY AND USE OF FORCE AND SPECIAL SECURITY DEVICES

Security personnel generally do not have police powers beyond that of an ordinary citizen, and must operate under the laws empowering private person arrests and use of reasonable force. Officers are not permitted to touch, search, or arrest any individual except under limited circumstances. The circumstances under which a security officer may touch, search or deter an individual are as follows:

- When the individual has freely and voluntarily consented to the search;
- When acting in self-defense;
- In making a legal citizen's arrest, upon witnessing a felony;
- When protecting the safety of others;
- At the instruction of law enforcement.

**Use of Force:** Security personnel are required to exercise extreme caution and good judgment when considering the use of force. When faced with a clear and immediate threat of bodily harm, the security officer must always consider retreating with any other people present to a secure position.

A security officer must only use the degree of force necessary to repel an attack or threat of an attack. When a use of force situation arises, call the police for assistance and call Company management. Security officers who improperly use or apply excess force may be subject to disciplinary action and may be held criminally liable for their actions.

**Documentation:** In the event of any physical altercation involving a security officer, the officer must make every effort to secure names and addresses of all witnesses, along with names and addresses of person(s) involved. The officer will submit a detailed written report of the incident to appropriate Company supervision.

Deadly force is never to be utilized for the protection of property or information. "Deadly Force" is any use of force that is likely to cause death or serious bodily injury. Deadly force must only be used to defend life. Security officers who improperly use or apply excessive force may be held liable for their actions in a court of law.

34

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

**Special Security Devices**:  Generally, security devices are not appropriate or necessary for normal security assignments.  Accordingly, security personnel do not carry or use special security devices unless the facts and circumstances of a particular post assignment indicate that the use is reasonable and appropriate.  In every situation, special security devices must be authorized in writing by contract management.  Such devices may include handcuffs, firearm, holster, ammunition carriers, mace or pepper spray, soft body armor or clubs.  Unless approved by management, Paragon issues the equipment and officers are trained for its use.  In addition, some states require security personnel to have permits to carry non-lethal weapons in addition to certified training.  Applicable laws must be followed, without exception.



## USE OF FORCE ACKNOWLEDGEMENT

Deadly force is that which a person uses with the purposes of causing (or which he or she knows, or should know would create a substantial risk of causing) death or serious bodily harm. Its use is justified only under the conditions of extreme necessity as a last resort, when all lesser means have failed or cannot reasonably be employed, and only under one or more of the following circumstances:

SELF-DEFENSE AND DEFENSE OF OTHERS: When deadly force reasonably appears necessary to protect themselves or others to be in imminent danger of death or serious bodily harm.

SERIOUS OFFENSE AGAINST PERSON: When deadly force reasonably appears necessary to prevent the commission of a serious offense involving violence and threatening death or serious bodily harm.

Regardless of the nature of crime or legal justification for firing a weapon, security personnel are reminded that their basic responsibility is to protect the public. Shots shall not be fired if they are likely to endanger the safety of innocent bystanders. Personnel are not permitted to discharge firearms under any of the following circumstances:

Warning shots

At persons who have committed only a misdemeanor or traffic violation

To prevent merely the destruction or theft of property

To halt any person who simply runs away; to avoid apprehension or detention

**Firearm Discharge Report Procedure**:

Whenever personnel discharge a company-issued firearm, either accidentally or intentionally, whether on-duty or off-duty (other than during a training exercise), the officer s shall immediately notify his or her Program Manager and direct supervisor.

In addition to the above notification, discharge of the firearm shall immediately be detailed by the officer on the Company's Incident Report and forwarded to the officer's program manager. Program management shall immediately advise proper government personnel (e.g., COTR and FPS Mega center) of the incident and cause an investigation into the report of firearm's discharge to prepared and directed to Paragon Headquarters.

**EMPLOYEE CERTIFICATION: I certify by my signature that I have received, read, understand and will comply with Paragon Systems' Use of Force Policy (Standards Directive 1.038) Firearms Discharge Report policy and procedure.**

36

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310



## PARAGON SYSTEMS

### FIREARMS ISSUANCE, HANDLING, AND TRANSPORT POLICY

It is the policy of Paragon Systems that **only** Paragon-owned and issued, or Client-owned and issued, firearms be carried while on duty. Privately owned firearms are strictly forbidden and must not be possessed or transported while on duty for Paragon Systems, including within a Paragon Systems vehicle, without the written approval of a Paragon Systems Vice President, President, or CEO.

The following policy applies to all Paragon Systems employees that have been assigned and issued a firearm and must be followed at all times. Any deviation from the firearms handling, storage, or transport procedures below may result in disciplinary action up to and including termination. If at any time there are any questions regarding this policy, please contact your Paragon Systems supervisory personnel, Project Management, or Area Operations Management for policy clarification.

1.  The firearm issued to you is the property of Paragon Systems. It is issued solely for the purpose of performing armed security services while employed by Paragon Systems. It is not to be used at any other time or for any other purpose.
2.  You are responsible for complying with laws that apply to armed security officers, Paragon Systems policies and procedures, and the policies of client agencies to which you are assigned.
3.  While on duty, you are forbidden to remove the firearm from its holster except in accordance with the Paragon Systems Use of Force policy.
4.  You are required to comply with applicable laws regarding the storage and transportation of a firearm to and from your place of work.
5.  When off duty, the firearm is to be properly stored in the provided carrying case, using the provided lock. The carrying case is to be locked and the key kept in a secure location within your control.
6.  Ammunition must be stored separately from the firearm.
7.  You are strictly forbidden to allow any other person to handle the firearm, magazine, or ammunition except in accordance with authorized training and maintenance. If the firearm is stored at your residence, it must be stored in a safe and secure location away from the reach of children, family members, and guests.
8.  The firearm must never be stored or left in a vehicle. It must never be stored or left in another person's home or place of business.
9.  When using public transportation, it is your responsibility to comply with all state and local laws, as well as any public transportation policies, governing the carry of firearms, including policies regarding storage, notification to drivers, or declarations to security or law enforcement personnel.
10. In the event you must clear your firearm prior to transporting to and from the job site, and the site does not allow for doing so on the property, then you must ensure that you do so in a safe and secure location out of the view of the general public. You must ensure that all safety precautions are taken to avoid an accidental discharge, perceived threat, or an incident that could result in civil or criminal penalties against you.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

11. You are required to clean the firearm after each qualification session. If the firearm requires cleaning at any other time, you are required to obtain prior authorization from a Paragon Systems supervisor before cleaning the firearm yourself. You are forbidden to perform any cleaning, maintenance, or repair of the firearm without prior authorization. You will be paid for the time you spend cleaning the firearm.

12. Only Paragon-issued duty or training ammunition is permitted to be used in this firearm. Hand loaded ammunition, aftermarket ammunition, or other personally supplied ammunition is strictly forbidden. Paragon will pay for the ammunition and any other equipment you are required to carry as a part of your duties.

13. Only Paragon-issued magazines are to be used with this firearm. No modifications of any kind are to be made on the firearm, and no aftermarket or other personally supplied parts are to be used with this firearm.

14. Only Paragon-approved Armorers and Gunsmiths are authorized to perform maintenance or repair on Paragon firearms.

15. In the event of any firearm-related incident, including but not limited to theft, loss, discharge, threat, intimidation, or any other incident that may result in potential civil or criminal liability, you are required to notify Paragon Systems management immediately. Notification must include the date, time, and nature of the incident.

16. You are responsible for the safe and secure handling of the firearm at all times. You must immediately notify your supervisor in the event the assigned weapon is discharged, lost, stolen, damaged, or malfunctioning.

## VEHICLES

Employees are required to exercise reasonable care when using Company vehicles and equipment. If you are assigned a vehicle or equipment while on duty, you are responsible for keeping it clean. Generally, only a supervisor on duty can sign for gas and oil. Each vehicle must be inspected prior to use. If a vehicle is not functioning properly or needs repair, notify your supervisor immediately. Employees operating a Company or client vehicle must comply with all driver safety policies including complying with all applicable cell phone laws.

Your contract management must approve repairs of vehicles. Any traffic violations due to the employee's failure to comply with applicable laws will be the responsibility of the employee.

Employees who operate Company vehicles or client vehicles may not carry passengers without the written permission of the client and/or contract management. Paragon insurance requirements make this rule mandatory.

**PARAGON DOES NOT MAINTAIN LIABILITY OR COLLISION INSURANCE FOR YOUR PERSONAL VEHICLE**. You must have liability insurance when driving your personal vehicle in the performance of official duties and show proof of such insurance. Any such insurance must be consistent with Company policy.

If you operate a vehicle for the Company, you **MUST** have a valid Driver's License and a driving record free of serious traffic violations as outlined in the Company's Safe Driving Program. When you are asked to use your privately owned vehicle while on official duty, you will be reimbursed accordingly. Contract management, in accordance with federal guidelines, will determine the rate of reimbursement, and you will be so advised prior to your use of the vehicle.

Any employee involved in a vehicle accident with a company or client vehicle will be subject to a drug/ alcohol test, where allowed by state and/or federal law.

# YOUR EMPLOYMENT

### EMPLOYMENT "AT-WILL" STATEMENT

Your employment with Paragon is "at-will," having no specified term, meaning that you or Paragon can terminate the employment relationship at any time, with or without cause, and without prior notice.

### EMPLOYMENT CLASSIFICATION AND STATUS

Introductory Period: Your first 90 days of employment are considered an introductory period. During this time you will participate in an orientation to Paragon and receive any training required for you to perform your job duties. This "getting- acquainted" or introductory period gives your supervisor the opportunity to determine how well you perform your job. It also provides you the opportunity to decide if you are satisfied with the position. Paragon reserves the right to extend the duration of the introductory period when determined appropriate at the Company's discretion.

Upon completion of the introductory period, an informal performance evaluation may be conducted. Your continued employment at Paragon will be determined by your performance and the needs of the business.

### DEFINITIONS:

**Full-Time Employee**: A full-time employee regularly works a minimum of 40 or more hours per week on a continuing basis and has completed the introductory period.

**Part-Time Employee**: A part-time employee is hired for an indefinite period, but works less than a normal workweek of 40 hours per week.

**Non-Exempt Employee**: Employees (such as security officers) who are covered by the Fair Labor Standards Act (FLSA) and applicable state laws are entitled to overtime pay.

**Exempt Employee**: Exempt employees (such as supervisors) are exempt from overtime provisions and not entitled to overtime pay.

**Rehired Employee**: Former employees who left the Company in good standing may be eligible for re-employment. Employees who are rehired following a break in service in excess of 30 days, other than an approved leave of absence, are considered new employees from the date of re-employment and will be required to complete the new hire process.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

## TERMS AND CONDITIONS OF EMPLOYMENT

Security officers are employees of Paragon and not the assigned contract site to which they are assigned. Clients contract with Paragon to provide services determined by a signed agreement. Based on client contracts and business necessity, you may be transferred to various clients, have a varied work schedule/workweek, different rates of pay and related benefits. Whenever you are on duty in or around a work site, it is important not to discuss Paragon business or work difficulties in front of clients. Your primary concern is client satisfaction. Problems or concerns should be addressed by contacting your immediate supervisor, Program Manager or Human Resource Department.

As a further condition of employment, you are required to cooperate with the Company and its clients during any investigation or any other procedure requested by management. Paragon policy strictly prohibits retaliation in any manner toward individuals who provide information in good faith during an investigation.

## TRANSFERS AND PROMOTIONS

Paragon encourages the professional growth of all employees. When opportunities for promotion occur, we will consider current employees along with qualified candidates from outside Paragon.

Job openings may be posted on employee bulletin boards or in publications issued by your contract office. From time to time management will, when appropriate, fill job openings or make transfers without posting notices. If you request a transfer, you must have been in your current position for at least six (6) months, meet the requirements of the new position, and have a satisfactory performance record. A transfer out of a particular assigned contract site or out of the area is dependent on several factors. Please contact your contract Human Resources Generalist for details.

## HOURS OF WORK

It is a Paragon policy to comply with all applicable wage-hour laws. You will be paid for all time worked. Your supervisor will determine your schedule of hours, and your meal and rest periods will be determined according to the unique features of your post assignment. You will be advised when your official workweek begins and ends.

## OVERTIME

Because of the round-the-clock nature of security work, your supervisor may schedule overtime or extra shifts when necessary. You will be paid overtime for hours worked in excess of 40 hours per week, except where in conflict with state law, in which case Paragon will follow state law. All overtime must be approved in advance by your supervisor.

Although an attempt will be made to give employees advance notice of the need to work overtime when it is feasible to do so, this is not always possible. Paragon will attempt to schedule overtime in a fair and consistent manner.

40

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004316

## PAY PERIODS

You will be paid bi-weekly, every other Thursday.

## ON-DUTY MEAL PERIOD

Because of the nature of the duties and responsibilities of a security officer, many post assignments do not allow officers to leave the job site for meal periods. As a result, security officers sometimes take paid on-duty meal breaks. You will be requested to sign an On-Duty Meal Period Agreement and you will be paid on-duty meal periods that you take. This agreement also applies to any second meal period when you are scheduled to work in excess of 12 hours. In any case, all applicable state laws will be followed. In addition, at some assignments, officers take off-duty, unpaid meal periods. If you take an unpaid meal period, you will be relieved of all duties during that period.

## TIMEKEEPING

All employees are paid in accordance with applicable federal and state wage and hour laws. It is important that you are familiar with the timekeeping procedures to ensure proper payment of wages for all time worked. Rest periods and lunch periods may be scheduled by your supervisor to ensure that your position and duties will be covered.

If you voluntarily arrive early for work, but do not actually begin to work, you must only record the actual time work begins versus your arrival time.

Each employee is solely responsible for the accuracy of his/her timesheet, and must advise management of any discrepancies even after the timesheet is submitted. Filling out another employee's time record or falsifying any time record is prohibited.

Employees are required to contact the Paragon supervisor or contract office if they encounter any problems or concerns regarding being paid for all time worked.

## SALARY/WAGES

You will be paid according to the client contract that applies to your assignment. If you work at more than one assigned contract site in a work week, with a different hourly rate at each site, the Company uses a weighted average to compute your average daily rate. This rate is also used to calculate the overtime rate. If you have a question about your pay, contact your supervisor or contract office.

## PERSONAL STATUS CHANGE

You are to notify your contract office of any change in your personal status such as address, telephone number, withholding exemptions, etc. This is necessary to support scheduling efficiencies, as well as avoid confusion and errors, which could affect your pay or receipt of Company mailings.

LEAVES OF ABSENCE

It is the practice of Paragon to grant a leave of absence in compliance with all state, federal and local laws.  Unless specifically provided for otherwise, all leaves of absence are available only on an unpaid basis.  If you have a need to request a leave of absence, check with Human Resources for eligibility requirements and more information.  Failure to return to work following the scheduled expiration of a leave of absence may be considered job abandonment and processed as a voluntary resignation.

**FMLA Leaves of Absence:**  Paragon complies with the provisions of the federal Family and Medical Leave Act (FMLA) and all applicable state and local family and medical leave laws. FMLA provides eligible employees with up to 12 weeks of unpaid, job protected leave during any 12 month period for qualifying reasons, and up to 26 weeks to care for a qualifying injured or ill military service member.

**Eligibility**: FMLA defines eligible employees as individuals who meet all of the following requirements:

- Have worked for Paragon for at least 12 months (52 weeks);
- Have worked at least 1,250 hours during the 12 months preceding the start of leave;
- Work at or report to a worksite where the Company employs 50 of more employees within 75 miles of the worksite.

Qualifying Reasons and Duration of Leave: Eligible employees may take up to 12 weeks of unpaid leave, during any 12 month period, for the following reasons:

The birth of an employee's child;

- Care for a newborn or a child placed for adoption or foster care;
- To care for a parent, spouse, or child who has a serious medical condition;
- To recover from or obtain treatment for the employee's own serious medical condition:

A serious medical condition is generally defined as a condition that requires any period of incapacity or treatment connected with inpatient care; any period of incapacity involving continuing treatment by a healthcare provider which requires an absence of more than three days; any period of incapacity, or treatment thereof, due to a chronic serious medical condition; or any incapacity due to pregnancy or prenatal care.

- A "qualifying exigency" arising out of a covered family member's active duty or call to active duty in the Armed Forces.

Eligible employees may take up to 26 weeks of unpaid leave to care for a spouse, son, daughter, parent, or next of kin who is a member of the  Armed Forces, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness incurred in the line of duty. Leave to care for an injured or ill service member, when combined with other FMLA qualifying leave, may not exceed 26 weeks in a 12 month period.

**Employee Rights under FMLA**: Employees who take leave under FMLA generally have the right to return to the same position held when leave commenced, or to an equivalent position with equivalent benefits, pay, and other terms and conditions of employment. During the leave period, the Company will continue health benefit coverage, when applicable, based on client contract, as if

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

the employee had continued to work; seniority will also continue during the leave period. Under certain circumstances, employees may take family and medical leave intermittently or on a reduced leave schedule.

**Employee Responsibilities**:  Employees are responsible for providing proper documentation to support leave covered under FMLA, prior to such leave being approved as FMLA. Depending on the type of qualifying leave, this may include medical certification from a licensed practitioner, such as a completed Certification of Health Care Provider form; or proof of a qualifying family member's call to duty or active military service.  Periodic recertifications and/or fitness-for-duty reports may also be required.

If you believe that you may qualify for unpaid, job protected leave under the provisions of FMLA, you should notify the human resources representative at your contract office in writing, at least 30 days prior to your anticipated departure from work.  If such notice is not possible, you are required to give as much notice as is reasonably possible under the circumstances. Upon receipt of your request, your contract office will notify you in writing of your rights and responsibilities and, when applicable, will provide you with the Certification of Health Care Provider form to be completed and returned. If you fail to provide appropriate certification of your need for leave or fail to return from your leave when scheduled, or fail to report in regularly during your leave, or fail to request an extension if needed, you may forfeit your rights under FMLA. Additional details on your rights and obligations under FMLA and complete Company policy are available at your contract office.

**Pregnancy Leave**:  Paragon complies with all relevant state and federal laws in granting medical leaves of absence to pregnant employees when disabled due to pregnancy.

**Medical Leave**:  Based on current business conditions and operational needs, Paragon may grant up to 45days unpaid leave of absence for employees who are not FMLA eligible.  A 30 days advance notice, if possible, and a doctor's certification will be required validating the need for time off for treatment of a medical condition.  An employee on non-FMLA medical leave who is released back to work may apply or be scheduled for an available position for which he or she is qualified.

**Personal Leaves of Absence**:  Paragon may grant a leave of absence for justifiable reasons for periods not to exceed 30 consecutive calendar days for employees who have had at least 12 months of continuous service.  Your contract management in conjunction with the Director of Employee Relations has full discretion and makes the final authorization in granting any leave of absence. However, if for any reason the leave has been misrepresented or business needs require your return to work, the leave may be canceled.  Due to scheduling requirements, Paragon cannot guarantee that requested time off will be granted.

**Military Leave**: Paragon will comply with all applicable federal and state laws regarding military leave of absence and returning veterans re- employment rights.

**Jury and Witness Duty**:  A leave of absence resulting from jury duty or testifying as a subpoenaed witness will be granted in accordance with federal, state or local laws.  You will be granted an unpaid leave of absence (unless applicable law requires payment, in which case we will follow applicable law) for this purpose, provided a notice is presented to your supervisor.  When practical, you should continue to report to work on days when you do not report for jury duty.  It is your responsibility to return to work immediately following the expiration of jury or witness duty. If you are required to testify as a witness in a Paragon -related case, or on behalf of a client, you will receive your appropriate wage for the period of time required by the legal proceedings.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004316

**Other Time Off**:  Paragon understands that you may occasionally need time off from work to address personal matters.  Unless otherwise required by law, requests for time off work will be evaluated according to business necessity, scheduling needs and management discretion.  Paragon will comply with its legal obligations by providing you time off, where necessary, to vote, to perform emergency duty as a volunteer firefighter, to appear at your child's school pursuant to the request of the school or to attend an adult literacy education program. Time off that is provided under this policy will ordinarily be unpaid except where the law requires that it be compensated.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004940

# BENEFITS

### HEALTH INSURANCE

Benefit programs vary by location and client contract. Check with your Human Resources Generalist for information on programs applicable to you. You may also consult the governing Summary Plan Description (SPD) for further plan and specific coverage information.

### EMPLOYEE-PAID VOLUNTARY BENEFITS

Paragon provides employees with the opportunity to enroll in various voluntary benefit plans, depending upon location, for which the employee pays the full premium amount via authorized payroll deduction. Consult your Human Resources Generalist for more information or to enroll in any of these plans.

## EMPLOYEE RESPONSIBILITY

### PREMIUM CONTRIBUTIONS

When an employee temporarily ceases to make timely payments for their health insurance premium contributions, either through direct payment or payroll deductions, their health insurance coverage is subject to cancellation of coverage and loss of benefits. Employees on approved leaves of absence must make arrangements to pay premium contributions directly to the Western Operations Center (WOC) Benefits Department, 4330 Park Terrace Drive, Westlake Village, CA 91361. As of the 91st day of any leave your benefits will be cancelled and, if applicable, you will be offered COBRA. Once you return to active duty your benefits can be reinstated. Please contact your Human Resources Generalist for more information.

### 401 (K) PLAN

All security officers are eligible to participate in the 401 (K) plan offered through Paragon Systems. This plan permits pre-tax salary deferrals and offers a variety of investment options through the plan administrator.

Contact your Human Resources Generalist for enrollment information.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004916

### SHORT-TERM DISABILITY

Where required by state law, short-term disability benefits are provided either through a state program or insurance plan.  Contact your contract office to find out if your state has this benefit.

### PAYROLL CHOICES

Under the Payroll Choices Program, and where allowed by state law, Paragon offers two options to receive your pay; either by Direct Deposit, or a personalized and secure Visa® Payroll Card, provided by Citi® Prepaid Services. With direct deposit, you

- Can select the bank account(s) of your choice, while the pay card requires no bank accounts.

**Advantages for Direct Deposits:**

- Choose your own bank
- Deposit funds in up to three separate accounts
- No lost checks or delivery delays
- No check cashing fees

**Advantages for Pay Cards:**

- No bank account required
- Pre-Check option included
- Make purchases anywhere VISA is accepted and get cash at ATMs or banks
- No waiting for checks to clear Please contact your contract office for an enrollment form to set up either direct deposit or request a pay card.

### PARAGON E-PAY

Paragon e-Pay is a service that allows you to conveniently view and print your pay stubs from either the internet or by phone. To access your pay stubs online and where allowed by state law, go to www.ParagonEpay.com. Or call 866-604-EPAY (3729) to review your pay information with the option of faxing a copy of your paystub to a fax machine.

- Access to payroll detail 24 hours a day, 7 days a week, by web, phone & fax
- Access to paycheck history for up to 3 years
- Access to paycheck detail the day before payday
- Ability to view pay stubs through the web, phone, fax, and to print, if applicable

For more details on this service, contact your local contract office.

46

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004316

### WORKERS' COMPENSATION

Paragon has Workers' Compensation insurance coverage, as required by law, to protect employees who are injured on the job. This insurance provides medical, surgical and hospital treatment in addition to payment for loss of earnings that result from work- related injuries. The cost of this coverage is paid by Paragon.

If you are injured while working, you must report it immediately to your supervisor within 24 hours, regardless of how minor the injury may be. If you have any questions regarding the Workers' Compensation Insurance Program, please contact your contract office.

### HOLIDAYS

Holiday schedules vary depending upon your assigned contract site.

### VACATIONS

Eligible employees will be paid vacation pay in accordance with the terms of the Paragon vacation pay policy, applicable CBA or Wage Determination and applicable state and federal law.

If you have any questions regarding your eligibility for vacation pay, or need further information on the Company vacation policy, please contact your contract office.

### SICK DAYS

Paragon does not pay for sick days unless stipulated in the CBA.

47

# RULES FOR PERSONAL CONDUCT

When an individual accept employment with Paragon Systems they are expected to conduct themselves with proper regard for the rights of others and of the Company. Our employees are expected to be a good corporate, as well as a private citizen. The following rules are provided to promote an understanding of company expectations for all Paragon employees

Listed below are examples of major rule offenses for the Rules for Personal Conduct and the associated penalties. The list not all inclusive, these and other infractions will be evaluated on a case-by-case. Discipline will be administered in accordance with the Paragon Progressive Discipline Policy, where appropriate.

**Major Rule Offenses - Discharge, if warranted, after unpaid suspension and management investigation. Possible probation period determined at the discretion of the Program Manager.**

1. Disorderly conduct, use of abusive or offensive language, quarreling, threats and intimidation by words or action, assault, or participation in disruptive activities which interfere with the moral and efficient operations of the Company and client
2. Theft, vandalism, arson, sabotage, immoral conduct , or any other criminal action
3. Sleeping, dozing or napping on duty
4. Selling or being under the influence of intoxicants, drugs, or other substances (which produce similar effects) on Company or client property
5. Refusal to submit to drug or alcohol tests. This is cause for immediate dismissal.
6. Misuse of weapon(s), i.e. violating Company Weapons Policy
7. Possession of unauthorized weapons(s) or ammunition on Company or client property
8. Unauthorized use of client communication equipment on client property
9. Falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records, or concealment of material facts by willful omissions from official documents or records to include government documents including 139s.
10. Failure  to cooperate in an official investigation
11. . Willful interference with an official investigation
12. Refusal to submit to authority and/or refusal to follow instructions from supervisors who have been appointed over him/her, or from a member of the client's facility who has the authority from the client to issue instructions to the security force; not following Post Orders either written or verbal
13. Leaving the premises of the property or facility to which they are assigned without being properly relieved or leaving prior to the end of a designated shift
14. Engaging in any unauthorized outside employment
15. Failure to provide written notice within 12 hours to Paragon, or other appropriate official(s), of an arrest and/or conviction, except for minor traffic violations. (Any arrest will result in unpaid suspension, pending further investigation and/or final disposition of the cases.)
16. Misstatement or material omission in the employee's application for employment, without regard to the employee's length of service at the time the Company discovers the misstatement or material omission
17. Engaging in sexual, racial, or other forms of harassment, discrimination, or hazing
18. Improper use of official authority or credentials including misrepresentation of titles or scope of authority
19. Lending or giving Company keys or access codes to unauthorized person
20. Revealing security information to any unauthorized persons
21. Being negligent or careless resulting in danger, damage, injury, or loss to an employee, the Company, or client

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

22. Having personal visitors, family members, or friends while on duty
23. Using personal radios, television sets, computers, cell phones, cards, games, or other items at the facility that may result in distraction from duties
24. Gambling or unlawfully betting or promoting gambling on Government owned or leased premises. This is cause for immediate dismissal.
25. Solicitation of gifts favors or bribes in connection with official duties. This is cause for immediate dismissal
26. Participation in any activity that would adversely affect the reputation of the clients
27. Being involved personally or in a business manner with persons known to be convicted of felonies or known to be involved with criminal activities
28. Failure to demonstrate the highest standards of integrity, personal and moral conduct expected from Security professionals.
29. Violation of agency and contractor security procedures and regulation or violation of the rules and regulations governing public buildings as set forth in CFR Subpart 101-20.3 Conduct on Federal Property.
30. Moving, disposing of, or altering any material on/in client desks. Opening or otherwise disturbing client drawers, cabinets or other areas not directly related to duties as a Security Officer.

**Minor Rule Offenses – Counseling and/or written warning by the supervisor in accordance with Paragon Progressive Discipline Policy**

1. Failure to report for duty unless a bona fide emergency occurs
2. Inattention to duty
3. Making false statement(s) regarding Company business to any Company executive, site supervisor, or designated representative
4. Disparaging the Company's client, whether this occurs on or off Company property/time
5. Unauthorized eating, drinking, or chewing gum on post with the exception of the consumption of water by Officers conducting external security checks during hot weather conditions
6. Failure to notify the site supervisor of absences at least four hours prior to start of their shift unless a bona fide emergency occurs
7. Excessive absenteeism
8. Participating in horse play or causing disruption/confusion on post
9. Unauthorized posting, removing, or altering of official notices
10. Unauthorized removal of Company or client property from its assigned place
11. Failure to comply with established regulations concerning personal appearance and hygiene
12. Failure to pass on pertinent information to the relieving officer (s)
13. Engaging in personal work or activities while on duty
14. Failure to verbally report to the immediate supervisor all unusual incidents, including accidents or injuries, occurring while on duty
15. Failure to complete a written report of unusual incidents, including in a timely manner
16. Being tardy or overstaying relief or lunch period
17. Unauthorized use of client's offices, telephones, computers, fax machines, typewriters, calculators, copy machines or any other equipment
18. Failure to report emergency use of client equipment in the daily report
19. Failure to maintain a professional bearing and a courteous attitude at all times while on duty
20. Failure to submit legible, complete, and accurate documents on time
21. Demonstrating incompetence or inefficiency

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

22. Unauthorized distribution of written or printed material of any kind in work areas or at any time during work hours on Company or client premises
23. Unauthorized solicitation of contributions, membership, or sales during work hours
24. Failure of an Officer to report any circumstances that may adversely affect the performance on a particular assignment to their immediate supervisor prior to assignment
25. Failure to report for duty physically fit and mentally alert or failure to provide a doctor's release allowing the Officer to perform all required job functions to their supervisor
26. Entertaining, socializing or entering into business arrangements with giving legal advice or granting special favors to clients employees, family members and friends of the aforementioned individuals
27. Failure to follow the Chain of Command

# DISCIPLINE AND TERMINATION

### VOLUNTARY SEPARATION

A separation is considered voluntary when you elect to resign. Whenever possible, you are requested to submit, in writing, the reason for resignation and your anticipated departure date.

If you are thinking of resigning, please talk it over with your supervisor and/or your contract management before doing so. If you do decide to leave, we would appreciate two weeks' notice.

If you fail to report for work after three (3) consecutive workdays without contacting your supervisor, or fail to return from a leave of absence on the designated date, you may be considered to have voluntarily terminated your employment with Paragon.

### INVOLUNTARY SEPARATION LAYOFF

There are certain times when it may become necessary to lay off employees as a result of changing business conditions. Examples of these conditions include but are not limited to:

- Reduction in work force;
- Loss of client contract;
- Reorganization resulting in the elimination or modification of a job.
- Post Closures

When Paragon concludes that a layoff or reduction in force is necessary or appropriate, the positions and/or employees to be eliminated will be selected based on a number of factors, which may include demonstrated performance and skills, ability and reliability, and seniority.

### OTHER EMPLOYER-INITIATED SEPARATIONS

When any employee fails to meet Paragon's and/or client's expectations, Paragon may end the employment relationship. Misconduct is not permitted in a security organization and generally will be cause for termination by Paragon.

Generally, employees who are unable or unwilling to meet performance, attendance and conduct expectations will be subject to discipline up to and including termination of employment.

51

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

# PROGRESSIVE DISCIPLINE POLICY

### INTRODUCTION

Paragon uses a progressive disciple policy for dealing with violation of work rules, instances of unacceptable behavior or misconduct, or continued poor performance by Paragon employees. "Progressive discipline" means that employees will normally be assessed penalties that increase each time an offense is repeated or a performance improvement is not made.  Of course, some offenses will be more serious than others; therefore, certain conduct may lead to more severe discipline on the first offense.

### CAUSES FOR IMMEDIATE SUSPENSION

Some types of misconduct may require immediate suspension while an investigation is conducted. These include, but are not limited to; physical attacks, threats of violence, allegation of theft and allegation of harassment.

Some types of misconduct are so intolerable that they be punished by suspension at the first occurrence.  These include, but are not limited to:  insubordination, evidence of substance abuse, physical attacks, and threats of violence, verification of history of violence, falsification of an employment application or other work documents or records, theft, or willful property damage.

Employees who commit acts of violence or other egregious misconduct or serious safety violations may be suspended at the time of the incident, pending a management investigation and review of the matter.  The disciple imposed can range from suspension to termination depending on the outcome of the investigation.

Some types of misconduct are so intolerable that they may be punished by termination at the first occurrence.  These include, but are not limited to:  refusal to submit to drug or alcohol tests; failure to pass a random drug test, verification of a history of violence, verification of threats of violence, verification of physical attacks, verification of theft, or verification of harassment.

### PROCEDURE

Supervisors must obtain approval of disciplinary measures more severe than written reprimand from their supervisor or other appropriate management official, except in those cases where employees commit egregious acts, such as acts of violence, drug abuse and insubordination.

Progressive discipline steps shall normally be initiated, approved, and presented to the employee within 7 working days of the incident (excluding Saturday, Sunday, or holidays).

The Paragon progressive discipline procedure has four steps:

   **Step 1:  Oral Reprimand**.  The first step is the "Oral Reprimand".  This is an oral warning made when an employee's conduct is unacceptable.  The oral reprimand also makes clear that further infractions of any of the Rules for Personal Conduct may lead to more severe penalties.  A

notice of the oral reprimand will be noted on the Security Officer Counseling Form and placed in the employee's personnel file.

In cases where the 1st violation is categorized as a major offense of the Rules for Personal Conduct, steps 1 and 2 of this procedure may be combines.

**Step 2: Written Reprimand**. The second step is a "written reprimand" using the Security Officer Counseling Form. This reprimand will describe the unacceptable conduct or performance and specify the improvement needed. Further infractions of any of the Rules for Personal Conduct may lead to more severe penalties. A copy of this warning will be retained in the employee's personnel file.

**Step 3: Unpaid Suspension.** The third step is an unpaid suspension. The length of unpaid suspension for non-exempt employees will vary based on such factors as severity of the offense and the employee's performance and disciplinary record. Employees may be suspended for repeated instances of minor offenses or for a single major offense. A record of the suspension will be retained in the employee's personnel file.

**Step 4: Termination**. Employees may be terminated, with approval of Senior Management, based on the outcome of an investigation.

### APPEALS PROCEDURE

Employees not covered by a collective bargaining agreement who think they have been disciplines unfairly, too harshly, or inappropriately may appeal the discipline within five working days by filing a written appeal. All such appeals will be answered in writing.

Steps of the non-union appeals procedures are as follows:

1. The employee must provide the appeal in writing to Human Resources, ATTN: Employee Relations.
2. The Director of Employee Relations will normally review the details of the appeal, make a decision and identify recommended action within five working days of filing of the written appeal by the employee. At times, more than five working days may be needed to make a decision, identify a recommended action if further investigation is warranted.
3. Human Resources will provide a written response to the employee and the immediate supervisor indicating the decision and the action.
4. If the decision or the action to be taken is not acceptable to the employee, the employee may appeal the decision and request, in writing, a hearing with Senior Management.
5. Senior Management shall have five working days to schedule the hearing and meet with the employee after which they shall provide a written response to the employee. Copies will be provided to the managers involved, the immediate supervisor, and Human Resources. Every attempt will be made to resolve the employee's appeal.

**Employees covered by a collective bargaining agreement shall pursue their appeal in accordance with the grievance procedure outlined by the Collective Bargaining Agreement.**

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

## OUTCOME

Following the appeal, workers who are found not culpable or otherwise cleared of charges pending against them will be reinstated with no loss of benefits or seniority.

You are required to return all Company property in your possession immediately upon termination of employment for any reason.  This includes your handbook, weapon, uniform, and any keys, tools, equipment or other manuals you have received.

## FINAL WAGES

Your final paycheck will be provided to you as required by applicable state law.

## GROUP HEALTH BENEFITS AND COBRA

Your health benefits will terminate at the time of separation in accordance with that plan's coverage contract.  In most instances, you may continue basic health benefits under the Consolidated Omnibus Budget Reconciliation Act (COBRA).  You will be advised of this option by Paragon Benefits Department after your local office has provided notice of your separation.

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310

ELECTRONICALLY FILED - 2022 Aug 22 12:57 PM - RICHLAND - COMMON PLEAS - CASE#2022CP4004310



# PARAGON SYSTEMS

### EMPLOYEE ACKNOWLEDGEMENT OF RECEIPT AND

### <u>UNDERSTANDING OF PARAGON SYSTEMS' EMPLOYEE MANUAL</u>

I acknowledge that I have received a copy of the Paragon Systems' Employee Handbook and I understand my responsibility to familiarize myself with its provisions. I also understand that the Paragon Systems' Employee Handbook supersedes in all respects any prior handbook, policy manual, work rules, wages, benefits and practices of Paragon Systems, Inc. I further understand that this Handbook is only a brief summary of benefits currently offered by Paragon Systems and an overview of some of its work rules and policies. I further understand that any and all of the rules, policies, wages and benefits referred to in this Handbook may be unilaterally amended, modified, reduced or discontinued at any time by Paragon Systems, in its judgment and discretion.

I also understand that my employment is not for any definite period of time, and that nothing in this Handbook in any way creates an express or implied contract of employment or warranty of any benefits, and I agree that either Paragon Systems or I can terminate my employment at-will, at any time, with or without cause or notice.

_____                              Dated:____/____/____

Employee Name

_____

Employee Signature